IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Tiffany Zonisha

Printed: 12/28/07

Case Number: 07 B 09099
Judge: Hollis, Pamela S
Filed: 5/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 738.36 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 698.49 |
| Trustee Fee: |  | 39.87 |
| Other Funds: |  | 0.00 |
| Totals: | 738.36 | 738.36 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,500.00 | 698.49 |
| 2. | Affiliated Financial Corpotation | Secured | 0.00 | 0.00 |
| 3. | Car Town | Secured | 0.00 | 0.00 |
| 4. | Nelnet | Unsecured | 0.00 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 6. | Sage Telecon | Unsecured | 0.00 | 0.00 |
| 7. | Nelnet | Unsecured | 0.00 | 0.00 |
| 8. | Lincoln Tech | Unsecured | 4,504.98 | 0.00 |
| 9. | Niko | Unsecured | 4,642.90 | 0.00 |
| 10. | Illinois Dept Of Employment Sec | Unsecured | 1,097.00 | 0.00 |
| 11. | Loyola University Phys Foundation | Unsecured | 443.00 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 800.00 | 0.00 |
| 13. | American Collection Corp | Unsecured |  | No Claim Filed |
| 14. | JVDB Smith Assoc | Unsecured |  | No Claim Filed |
| 15. | Spring Hill Apartments | Unsecured |  | No Claim Filed |
| 16. | Newport News | Unsecured |  | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 18. | Harris & Harris | Unsecured |  | No Claim Filed |
| 19. | Credit Collection | Unsecured |  | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 22. | Malcolm X College | Unsecured |  | No Claim Filed |
| 23. | City of Maywood | Unsecured |  | No Claim Filed |
| 24. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 25. | Nicor Gas | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smith, Tiffany Zonisha | Case Number:  07 B 09099 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/28/07 | Filed:  5/18/07 |

| | | | |
|---|---|---|---|
| 26.  IC System Inc | Unsecured | | No Claim Filed |
| 27.  Central Furniture | Unsecured | | No Claim Filed |
| 28.  Village of Skokie | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 13,987.88 | $ 698.49 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 39.87 |
| | _____ |
| | $ 39.87 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

